2013 WY 147

**Kino Rama BEMAN, Appellant (Defendant),**

v.

**The STATE of Wyoming, Appellee (Plaintiff).**

**No. S-13-0123.**

Supreme Court of Wyoming.

Nov. 27, 2013.

ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

MARILYN S. KITE, Chief Justice.

[¶ 1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant pled guilty to one count of aggravated assault and battery, for causing bodily injury with a deadly weapon. Wyo. Stat. Ann. § 6-2-502(a)(ii). This is Appellant's direct appeal from the resulting conviction. On September 5, 2013, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). Following a careful review of the record and the "*Anders* brief". submitted by counsel, this Court, on September 24, 2013, entered its "Order Granting Permission for Court Appointed Counsel to . Withdraw." That Order notified Appellant that the District Court's "Judgment and Sentence" would be affirmed unless, on or before November 12, 2013, Appellant filed a brief that persuaded this Court that the captioned appeal is not wholly frivolous. Taking note that Appellant, Kino Rama Beman, has not filed a brief or other pleading within the time allotted, the Court finds that the district court's "Judgment and Sentence" should be affirmed. It is, therefore,

[¶ 2]   **ORDERED** that the District Court's May 15, 2013, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶ 3]   **DATED** this 27th day of November, 2013.